## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Lori Irish, | Civ. No. 11-2703 (MJD/JJK) |
| Plaintiff, | |
| v. | |
| United States Department of Justice, Federal Bureau of Prisons, Officer Pena, Lieutenant Duncan, Lieutenant Omelson, Unknown Federal Bureau of Prison Employees, and Officer G. Duffy, | **ORDER** |
| Defendants. | |

Lori Irish, 3935 West Reno, Suite D, Las Vegas, NV 89118, *pro se* Plaintiff.

Lonnie F. Bryan, Esq., Assistant United States Attorney, counsel for Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated January 3, 2013. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Dismiss or for Summary Judgment (Doc. No. 42), is **GRANTED**; and

2. This case is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED.**

Date: February 6, 2013                                s/Michael J. Davis
                                                      MICHAEL J. DAVIS
                                                      Chief Judge
                                                      United States District Court