UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LORI IRISH,

        Plaintiff,

v.  **ORDER**
Civil File No. 11-2703 (MJD/JJK)

U.S. DEPARTMENT OF JUSTICE,
et al.,

        Defendants.

Lori Irish, pro se.

Lonnie F. Bryan, Assistant United States Attorney, Counsel for Defendants.

This matter is before the Court on Plaintiff Lori Irish's Motion for Reconsideration. [Docket No. 58] Irish requests that this Court reconsider its January 15, 2013 Order [Docket No. 55] denying her request for an extension of time to file objections to the January 3, 2013 Report and Recommendation [Docket No. 52]. After the Court's denial of Irish's motion for an extension, Irish failed to file any objection to the Report and Recommendation and, on February 6, 2013, the Court adopted the Report and Recommendation and dismissed the case with prejudice. [Docket No. 56] The Court has reviewed its January 15,

2013 Order denying the extension and its February 6, 2013 Order adopting the Report and Recommendation and concludes that neither order contains an error of law or fact.  Irish's request for reconsideration is denied.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

> Plaintiff Lori Irish's Motion for Reconsideration [Docket No. 58] is **DENIED**.

Dated:  February 24, 2013         s/ Michael J. Davis
                                  Michael J. Davis
                                  Chief Judge
                                  United States District Court